# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**BRENNA B. MAHONEY**
Clerk

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2270
Fax: (718) 613-2333

Date: 08/31/2023

Civil Action Number:  23-CV-5935

Judge:  RACHEL P. KOVNER

Re: ___TERRENCE WISE___  v. ___THE CITY OF NEW YORK___

Dear Warden or Superintendent:

___TERRENCE WISE___ filed a complaint with this Court thereby incurring filing fees in the total amount of $350.00. See 28 U.S.C. § 1914 (as amended on Feb. 8, 2006) (increasing district court filing fee to $350).

Pursuant to 28 U.S.C. § 1915 (as amended July 26, 1996), plaintiff is proceeding *in forma pauperis* and must pay the total $350 fee by monthly installments deducted from plaintiff's prison trust fund account (or institutional equivalent).

Plaintiff has executed the enclosed prisoner authorization that requests and authorizes your agency to send a certified copy of plaintiff's prison trust fund account for the past six months to this Court. The prisoner authorization further requests and authorizes your agency to calculate the amounts specified by 28 U.S.C. § 1915, to deduct those amounts from plaintiff's prison trust fund account (or institutional equivalent) and to disburse those amounts to this Court.

The Warden or Superintendent shall not deduct more than twenty percent from the prisoner's trust fund account and shall forward the payments to the appropriate courts sequentially if there are multiple fee-related encumbrances, rather than collecting multiple fees at the same time that exceed twenty percent of the prisoner's trust fund account.

Accordingly, please forward copies of plaintiff's prison trust fund account for the past six months and disburse the payments required under 28 U.S.C. § 1915 to the United States District Court for the Eastern District of New York. Please remember to include the above-referenced docket number on the disbursement check before sending it to the Court.

Very Truly Yours,

Brenna B. Mahoney, Clerk

rev. 2/1/2022

RECEIVED IN PRO SE OFFICE
AUG 31 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PRISONER AUTHORIZATION

ARREST DATE: 11/6/22
1) NEW YORK CITY
2) 75TH PRECINT
3) JOHN DOE OFFICER 966435
4) PARTNER JOHN DOE

Case Name: TERRENCE WISE vs. 75TH PRECEINT, OFFICER VICTOR JOHN DOE PARTNER 961043
*(Enter full name of plaintiff(s))* *(Enter full name of defendant(s))*

ARREST DATE 10/11/22

Docket Number: 23 -CV- 5935 (RPK-LB)
*(Enter the docket number if available; if filing with your complaint, leave blank)*

The Prison Litigation Reform Act ("PLRA" or "Act") amended the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, **no matter what the outcome of the action.**

SIGN AND DATE THE FOLLOWING AUTHORIZATION:

I, _T. Wise_ (print or type your name), request and authorize the facility institution or agency holding me in custody to send to the Clerk of the United States District Court for the Eastern District of New York, or, if this matter is transferred to another district court, to the Clerk of the transferee court, a certified copy of my prison account statement for the past six months. I further request and authorize the facility or agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Eastern District of New York. This authorization shall apply to any facility or agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my *in forma pauperis* application may be decided.

I UNDERSTAND ~~THAT BY SIGNING~~ AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF **$350** WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT **EVEN IF MY CASE IS DISMISSED.**

_T. Wise_                                    _8/29/23_
Signature of Plaintiff                        Date Signed

Prisoner I.D. Number(s): 35692510

Name of Current Facility: MDC-Brooklyn

rev. 2/11

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2665

**BRENNA B. MAHONEY**
Clerk of Court

Date: 08/21/2023

Docket Number: 23-cv-5935-RPK-LB

Dear Litigant:

The Clerk's Office received the enclosed papers on 08/18/2023. A docket number has been assigned to your submission. The papers are deficient for one or more of the following reasons checked below. Please read this list carefully to correct any mistakes or omissions in your papers. If you decide to proceed with your action, you must return the enclosed papers **WITHIN 14 DAYS FROM THE DATE OF THIS LETTER.** If you do not comply, your case will not proceed and may be dismissed.

- ☐ Papers, including complaints, petitions, motions or any other document, cannot be filed without an original signature pursuant to Rule 11 of the Federal Rules of Civil Procedure. Your original signature is needed wherever an "X" appears.

- ☐ A **total fee of $402** (consisting of $350 civil action filing fee and a $52 administrative fee) [in cash, if submitted in person] or by certified check or money order made payable to the Clerk of Court, U.S.D.C., E.D.N.Y., is required in order to commence a civil action other than an application for a writ of habeas corpus or a motion under 28 U.S.C. § 2255 - **or** - you may request to waive the $350 filing fee by completing an IFP application pursuant to 28 U.S.C. § 1915. (Note: the $52 administrative fee does not apply where IFP is granted and you are a prisoner.) If you are a prisoner, you must also complete the Prisoner Authorization form along with the IFP application. An IFP application and/or Prisoner Authorization form is enclosed.

- ☒ Each plaintiff named in the caption must sign the complaint and each plaintiff must complete a separate IFP application and/or Prisoner Authorization form, if applicable. An IFP application and/or Prisoner Authorization form for each plaintiff named in the caption is enclosed.

- ☐ Your IFP application does not contain enough information for the Court to consider your request. Please complete the enclosed IFP application. If you are presently incarcerated, please complete the enclosed Prisoner Authorization form as well as the IFP application.

- ☐ Other: _____

Sincerely,

*August Marziliano*
Chief Deputy

Enclosure(s)

Terrence Wise #
MDC-Brooklyn
#35692510
80 29th Street
Brooklyn NY 11232

To: Clerk of US District Court
Eastern US District of N.Y.
225- Cadman Plaza East
Brooklyn

NEW YORK NY 100
29 AUG 2023 PM 10 L