From: Terrence Wise
#35692570

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 16 2024 ★
BROOKLYN OFFICE

4/3/2024

Re: Civil Case
23-CV-5935-(RPK)(LB)
To: Clerk of US District Court / Honor Lois Bloom

On March 29th of 2024 I had spoken to a lady named Ms Jordan Vanorsdale and she asked why I haven't sent back the forms 160.50 and 160.55 her office sent out. By the way Ms Vanorsdale works for the City of New York Law Department 100 Church St, and I had informed that I never received any release forms 160.50 nor 160.55 from her at no time. On March 29th during our conversation Ms Vanordale said that she would have the important sent out again. I never received any such documents from her nor her office at any time for me completely. I only received notices on what she and her are submitting to the court and the latest notice was dated 4/2/2024, but once again no release form(s) 160.50 and 160.55 was enclosed and this release form is hindering my civil case and I need these

160.50 AND 160.55 SENT OUT TO ME IMMEDIATELY SO I FILL THEM OUT AND COMPLETE THEM. BUT IT SEEMS AS MR FRANK AND MS VANOSDALE ARE PLAYING GAMES. THEY ARE REFUSING TO FOWARD ME THE NECESSARY PAPERS TO FILL OUT AND COMPLETE, SO MY CASE CAN AND WILL MOVE FORWARD. AND I NEED THE JUDGE MS BLOOM TO KNOW OF THESE MATTERS AT HAND. I HAD RESPOND BACK TO MR FRANK'S NOTICE OF LAW DEPARTMENT IMMEDIATELY AND HAD SENT COURT A COPY I HAD WROTE, SO THE COURT IS AWARE THAT I AM NOT IGNORING ANYTHING SURROUNDING MY CIVIL CASE AND THINK THAT LAW OFFICE AND MS VANOSDALE IS PROLONG THINGS BY NOT FORWARDING ME THE NECESSARY PAPERS I NEED TO COMPLETE. I NEED THE COURTS HELP, SO I CAN GET THESE RELEASE FORMS TO FILL OUT AND COMPLETE IMMEDIATELY SO I HELP MY CASE MOVE FORWARD.

SINCERELY
TERRENCE WISE

P.S. RESPOND PLEASE.

THE CITY OF NEW YORK
LAW DEPARTMENT
100-CHURCH STREET
N.Y. NY 10007

TO: MR FRANK

4/2/2024

I AM WRITING IN REGARDS TO YOUR MOST RECEIVED NOTICE 4/2/2024, SO HOPEFULLY WE'LL BE ON THE SAME PAGE. I JUST RECEIVED YOUR NOTICE ABOUT NEEDING ME TO SEND IN SOME RELEASE FORM 160.50. SIR I DON'T KNOW WHAT THIS NECESSARY FORM IS NOR DO I KNOW WHAT IT LOOKS LIKE. AND FOR THE RECORD I SPOKE WITH MS JORDAN OVER THE PHONE, WHO SAID THAT SHE WOULD SEND THE FORM(S) TO ME. HOWEVER I HAD ONLY RECEIVED YOUR NOTICE DATED 4/2/24. AND NO FORMS WAS ENCLOSED WITH YOUR NOTICE FOR ME FILL OUT. ONLY TWO PAGES WAS ENCLOSED WITHIN THE ENVELOPE YOUR NOTICE CAME IN. SO YOU ALONG WITH JORDAN VANDORSDALE NEED TO SEND ME THE NECESSARY FORM(S) TO FILL OUT.

AND MS VANDORSDALE HAD ENSURE ME THAT SHE WAS SENDING THE RELEASE FORM(S) OUT DURING OUR FIRST AND LAST CONVERSATION ON THE PHONE ON MARCH 29TH 2024. BUT I STILL HAVEN'T GOTTEN ANY FORM(S) AT ALL TO COMPLETE AS OF YET. SO MAYBE I NEED TO INFORM

THE COURTS OF THIS MATTER CAUSE I DON'T WANT OR NEED MY CASE BOTHERED IN ANY WAY. AND MAYBE THE COURTS WILL SEND ME THESE FORM(S) 160.50 AND 160.55 TO FILL OUT, WHICH I STILL HAVEN'T GOTTEN AS OF YET. SO I THINK THAT IT WILL BE IN OUR BEST OF INTEREST THAT I WRITE HONOR BLOOM AND UPDATE THE JUDGE ON ALL THAT IS GOING ON THAT I DON'T UNDERSTAND ESPECIALLY ABOUT Y'ALL SENDING NOTICES ASKING FOR 160.50 AND 160.55 FORMS THAT Y'ALL NEVER SENT ME TO FILL OUT. AND I AM SENDING THE COURT A COPY OF MY RESPONSE TO 4/2/24 NOTICE. STATING THAT YOUR OFFICE STILL HAVEN'T SENT ME ANY SORT OF FORM 160.50 OR 160.55 TO COMPLETE IN THE PAST NOR AS OF TO DATE.

Sincerly yours
T. Wise
C.C. PERSONAL

1) THE CITY OF NEW YORK LAW DEPARTMENT (MR JEFFREY FRANK)

2) EASTERN DISTRICT COURT CLERKS OFFICE.

Terrence Wise
#35691250
MDC-Brooklyn
80 29th Street
Brooklyn NY 11232

Legal Mail. Please Read.

To Clerk of US Dist. Court
Honor Lois Bloom
Eastern District of New York
225-Cadman Plaza East
Brooklyn NY 11201

NEW YORK NY 100
10 APR 2024 PM 9 L

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 16 2024 ★
BROOKLYN OFFICE

USMS



METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.