**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

May 6, 2024

**Via Email and ECF**
The Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Terrence Wise v. Supervisors John Doe, #966435, *et al.*, 23-CV-5935 (RPK) (LB)**

Dear Judge Bloom,

I represent Terrence Wise in the criminal case of *United States v. Terrence Wise*, 23-CR-9 (DG), and do not represent Mr. Wise in the above-captioned civil case, where he is proceeding *pro se*. Mr. Wise asked that I write to advise the Court that since April 29, 2024, he has been at the Brooklyn Hospital Center, undergoing diagnosis of a 6-centimeter mass on his chest that is likely to be lung cancer. On May 3, 2024, Mr. Wise underwent a biopsy, and awaits the results. He has authorized me to file this letter on the public docket. Mr. Wise is concerned that he will be unable to complete the releases and authorizations discussed at the April 24, 2024 status conference in his civil case, and wants to be sure that Corporation Counsel is aware of his present whereabouts and condition.

I am happy to provide additional information at the Court or Corporation Counsel's request. Thank you for your understanding.

Respectfully Submitted,

/s/
Mia Eisner-Grynberg
Staff Attorney
(718) 330-1257

cc: Jeffrey Fredrick Frank (by ECF and email)