UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TERRENCE WISE,

                 Plaintiff,

    -against-

P.O. JOSEPH ANCONA, P.O. JONATHAN
ORTEGA, P.O. KEVIN PEREIRA,
and P.O. AHMED DAR,

                 Defendants.
-------------------------------------------------------------------X

**ORDER**
**23 CV 5935 (RPK)(LB)**

**BLOOM, United States Magistrate Judge:**

        Corporation Counsel reports that it has not received an executed § 160.50 release as discussed at the initial conference on April 24, 2024. ECF No. 29. On May 6, 2024, counsel representing *pro se* plaintiff Terrence Wise in a separate criminal matter reported that Mr. Wise is currently undergoing medical treatment at Brooklyn Hospital Center. ECF No. 28. Corporation Counsel shall contact Mr. Wise's counsel in his criminal case[1] and request that she notify Corporation Counsel when Mr. Wise is released from Brooklyn Hospital Center. All deadlines are adjourned pending Mr. Wise's release from hospitalization. The Court wishes Mr. Wise a speedy return to good health.

        Corporation Counsel shall send a copy of this Order to plaintiff and file proof of service forthwith.

SO ORDERED.

                                                /S/
                                          LOIS BLOOM
                                          United States Magistrate Judge

Dated: May 14, 2024
       Brooklyn, New York

---

[1] Attorney Mia Eisner-Grynberg, counsel for plaintiff in his criminal case, provided her telephone number in her letter to the Court. ECF No. 28.

1