

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**JOSEPH ZANGRILLI**
*Senior Counsel*
Phone: (212) 356-2567
Fax: (212) 356-1148
jzangril@law.nyc.gov

October 2, 2024

**BY ECF**
Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 12201

Re:  Terrence Wise v. Supervisors John Doe, et al.,
23-CV-5935 (RPK)(LKE)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode Trufant, Acting Corporation Counsel of the City of New York, and the attorney representing Officer Joseph Ancona in the above-referenced matter.[1] Defendant writes to provide a status report pursuant to the Court's September 11, 2024 Order.

By way of background, on May 6, 2024, the attorney representing Plaintiff in his criminal case, Mia Eisner-Grynberg Esq., advised the Court that, since April 29, 2024, Plaintiff has "been at the Brooklyn Hospital Center undergoing diagnosis of a 6-centimeter mass on his chest that is likely to be lung cancer." In addition, Plaintiff's criminal defense attorney indicated that Plaintiff was unsure when he would be able to complete the N.Y.C.P.L. §160.50 release previously mailed to him. See ECF Dkt. No. 28. Accordingly, Your Honor adjourned all deadlines pending Plaintiff's release from the hospital. See ECF Dkt. No. 30.

The undersigned attempted to reach both Ms. Eisner-Grynberg and Plaintiff but has not heard back from either. In addition, the undersigned contacted a representative at the Metropolitan Detention Center in Brooklyn, Plaintiff's last known address, and was informed that Plaintiff is still incarcerated at the facility, but was not provided with any additional information regarding whether Plaintiff remains hospitalized. To date, Defendant has still not received an executed N.Y.C.P.L. §160.50 release or any other communication from Plaintiff.

---

[1] This case has been assigned to Assistant Corporation Counsel Christine Colalillo who is awaiting admission to the Eastern and Southern districts of New York.

Thank you for your consideration herein.

Respectfully submitted,

*Joseph Zangrilli* /s
Joseph Zangrilli
Senior Counsel

cc:  **VIA FIRST-CLASS MAIL**
Terrence Wise
Plaintiff *Pro Se*
Reg. 35692-510
MDC Brooklyn
80 29th Street
Brooklyn, NY 11232