RECEIVED IN PRO SE OFFICE
NOV 08 2024

FILED 11/4/24
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 0 8 2024 ★
BROOKLYN OFFICE

#23CV05935(RPK)(LB)

TO: MAGISTRATE Judge
Lois Bloom

Judge Thank for understanding my medical emergency stage 3# lung cancer, however I am no longer hospitalize and did manage to send the notized papers back to corporate counsel so Ms Jordan Vanorsdale the same & sent you this notice. Magistrate I am still not fully recovered and under certain medical situations due to my illness of cancer. & asked Ms Vanordale to put me together discovery of my two arrest so I can personally view them and explain my cases. I would apprecicate if it's done and the discoveises are sent to me to watch? Videos of Nov 6th and 12th 2022 please and maybe we can set up a conference soon just to touch bases on where we left off. Thank you so much.

Terrence Wise
35892560
MDC Brooklyn
80 29th Street
Brooklyn NY 11201

TERRENCE WISE
#356925
MDC BROOKLYN
80 29TH ST
BROOKLYN NY 11201
DORM 5 3# CELL 29B#

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 08 2024 ★
BROOKLYN OFFICE

TO: UNITED STATE MAGISTRATE JUDGE
MS. Lois BLOOM

CLERK OF THE US DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 - CADMAN PLAZA EAST
BROOKLYN NY 11201

Legal mail