EXHIBIT A

TIME: 4:57 PM
DATE: 10/6/2022
Arresting officer #966435 & Partner John Doe
Arrest # K22642055
From: Mr Terrence Wise

(1.) At 4:57 PM on October 6th 2022 on Williams & Belmont Ave in East New York Brooklyn an 75th Suv Truck pulled up and stop next to a park U-Haul van, that was (2.) legally parked. An police officer 966435 and his partner had approached me in regards to the U-Haul van that I had finished cleaning out and started asking me tons of questions and went as far as running the plate and registration I.D. cause (3.) they stated it was stolen, which it wasn't. Now after the officer 966435 had contacted an Agent at the main U-Haul head quarters of Rental, who had confirmed the van wasn't stolen nor late. Officer 966435 was being pushy and even rude as he spoke with agent. The officer had seemed to be upset and once the van was legally cleared. (4.) Officer 966435 then asked for my I.D. and I gave me my Benefit card. And then I was informed that was being arrested and would be told my charges once I reached 75th percient in Brooklyn. I asked why I was being arrested and process to go threw the system. And I was told nothin (5.) I was being forced into a pair of hand-

cuffs and didnt know why especially when the U-Haul wasnt stolen nor late. So officer 966435 began to use tactiful force on me and really aggretive with attempting to hand-cuff me. To a point that we had fallen on the ground and I felt like I was being teased. While the officer 966435 had his body weigh on me and it was like his knee(s) was placed strongly within my lower back.

**(7.)** I had sustain certain injuries from being wrongfully arrested and had to be rushed to Brookdale Emergency Room for medical treatment. At One Brookdale Plaza Emergency Room. I had wounds that hurted me and I was pasted out to be awaking by two medical doctors, attempting to reset my ring finger on my right hand. I had suffered injuries and bruises that are medically documented that was caused by officer 966435 and his partner and during my ordeal I was screaming out in pain how I being hurt and especially in pain. My medical records will show and proved the medical treatment I went and how my right hand ring had to be placed with a splinter and bandage among other treatment especially the mental and

EMOTIONAL SUFFERING AND PAIN I HAD ENDURED AND WILL ENDURE IN TIME. (8.) I HAD TO BE ADMITTED INTO THE HOSPITAL WHICH WOULD NT HAVE HAPPEN HAD THE TWO OFFICERS OF THE 75TH PCT HAD NOT WRONGFULLY ARRESTED ME AND USED EXCESSIVE FORCE TO HURT AND BRUISE ME ESPECIALLY MY RIGHT FINGER WHICH NEEDED TO BE PLACED IN A SPLINTER. THE MENTAL & EMOTIONAL DURESS I HAD TO ENDURE TOOK A TOLL ON MY MENTAL HEALTH AND CAUSE ME TO BREAKDOWN. ON 10/12/2022 WHILE BACK IN THE HOSPITAL I STATED THAT MY FINGER WAS MESS UP FROM 10/6/22 FROM A POLICE OFFICER 966435 ITS IN MY MEDICAL PAPERS DATED 10/12/2022. THAT I WAS PHYSICALLY ASSAULTED BY OFFICER 966435 USE OF EXCESSIVE FORCE ON ME. MY FINGER WILL NEVER BE THE SAME AND I HAD TO SUFFER WITH PAIN UNTIL THIS DAY AND TIME OVER THE WRONGFUL ORDEAL AND PAINFUL THINGS THAT HAD HAPPEN TO ME AND MY LIFE CAUSE OF THAT WRONGFUL ARREST.

TIME: 7:23 AM                                   EXHIBIT B
DATE 10/11/2022
ARRESTING OFFICER(S) VICTOR 961043 & PARTNER JOHN R.
ARREST # K22642857
FROM: TERRENCE WISE

(9.) ON 10/11/2022 ON PICKIN AND GEORGIA AVE IN EAST NEW YORK BROOKLYN, I FALSILY ARRESTED AND LATER ALL CHARGES AND CASE WAS COMPLETELY DISMISSED. (10.) AN ASSOCIATE AND A GET HIGH FRIEND OF OURS. HAD ALLOWED US TO USE HIS SUV, SO I CAN GO GET DRUGS. HE AND OUR FRIEND NICOLE ~~dunbar~~ AWAITED MY RETURN ON A CORNER NEAR THE HOTEL. (11.) THE 75TH POLICE DEPARTMENT PULLED UP AND I WAS ON THE DRIVER SIDE EXITING THE SUV IN OF THE DRIVER. UPON LEAVING THE BENZ THE POLICE OFFICER(S) VICTOR 961043 ALONG WITH PARTNER RAN DOWN ON ME AND ATTEMPTED TO RESTRAIN ME FROM MOVING. WHICH LEAD TO A STRUGGLE BETWEEN US.

(12.) OFFICER VICTOR 961043 AND PARTNER BEGAN TO USE FORCIBLE TACTICAL MOVES ON ME AND CAUSED A FEW PHYSICAL INJURIES ALONG WITH MENTAL AND EMOTIONAL DRAMA THAT REQUIRED FOR ME TO GO ONE BROOK

dale Plaza Emergency Room and after that Mental Health Unit cause I was going to kill myself due to how these officers had abused there position over me. I've been placed under sucide watch and needed medical treatment while I was in One Brookdale Plaza Hospital.

(13) In the hospital I had to undergo x-rays and tests along with having certain injuries treated and even bandaged. And I still suffer to this day from all that had occured that day of me being wrongful

(14) and my medical records show the excessive force used by these officers that work in the 75th Precient. Cause neither of the officers knew how to deal with a mental issue individual as myself and nearly cost me my life. I had to endure legal system on a wrongful arrest that down the line all charges and case was completely dropped against me. ~~Dropped against~~ And these officer body camera and my emergency hospital admittance are proof... And I was



③

force to endure the inside of the system for a few hours and days... & had suffered dramatically due to being locked up for nothing... Let alone being admitted into one Brookdale Plaza Brooklyn NY 11212 for a mental health issue caused by the officers that date that nearly cause to end my life. And had to put under mental observation unit. And all the throughout the wrongful arrest I was treated badly by most the encountered and made to look ashame when I was innocent