**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**CHRISTINE COLALILLO**
*Assistant Corporation Counsel*
Phone: (212) 356-2599
Fax: (212) 356-3509
ccolalil@law.nyc.gov

April 21, 2025

**VIA ECF**
Honorable Lara K. Eshkenazi
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Terrence Wise v. Joseph Ancona et al.</u>, 23 Civ. 05935 (RPK)(LKE)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and assigned to the defense of the above referenced matter on behalf of Defendant Ancona, Ortega, Dar and Pereira. Defendants write to provide a status update regarding Plaintiff's current housing facility. Additionally, Defendants respectfully request an extension of time to April 28, 2025, to provide a status update regarding Plaintiff's availability for a conference. [1]

    Plaintiff was very recently transferred to Federal Medical Center, Butner (FMC Butner) in North Carolina to receive treatment. Upon information and belief, Plaintiff will be incarcerated at the Center indefinitely. The undersigned has been in contact with a representative from FMC Butner who has indicated that they will be able to provide an update regarding Plaintiff's ability to attend a telephone court conference in the coming days.

    Accordingly, it is respectfully requested that Defendant be granted an extension of time to April 28, 2025 to provide dates for the parties' availability to attend a telephone conference. Thank you for your consideration herein.

    Respectfully submitted,

---

[1] Defendants sincerely apologize for the delay in this response.

/s/ *Christine Colalillo*

Christine Colalillo
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **By Regular Mail**
     Terrence Wise
     Reg. 35692-510
     FMC Butner
     Old North Carolina Highway 75
     Butner, NC 27509

Case 1:23-cv-05935-RPK-LKE   Document 40   Filed 04/21/25   Page 2 of 2 PageID #: 97