FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 23 2025 ★
BROOKLYN OFFICE

REC'D IN PRO SE OFFICE
APR 23 25

To Court Clerk
From: Terrence Wise
Order 23 CV 5935 (RPK) LB

I am presently writing in hopes that my letter will be immediately given the Magistrated Judge that is presiding over my case under the above order # like written down. I was recently in MDC Brooklyn, but now I'm Butner Cancer Center in N.C. cause by battling and fighting stage III lung cancer and once again was released back into the prison after being hospitalize from January 25th 2025 until March 2025. I need to reach out to the judge on my civil case & can be updated and given an opportunity to pursue this civil issue at hand and need to inform the judge of what evidence I need for my case before any verdict is given. So I am presently requesting a conference phone call with the judge and the corporation counsel so we all may speak on the record. Please forward my letter to the legal process so it can reach my judge on my civil case.

Thank you
Sincerly yours
Terrence Wise
#35692520

TERRENCE

Name:
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Number:

RALEIGH NC 275
Research Triangle Region
16 APR 2025 PM 1 L



⇔35692-510⇔
Court Clerk
225 Cadman PLZ E
Brooklyn Heights, NY 11201
United States

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 23 2025 ★

BROOKLYN OFFICE

Legal Mail