

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**CHRISTINE COLALILLO**
*Assistant Corporation Counsel*
Phone:  (212) 356-2599
Fax: (212) 356-3509
ccolalil@law.nyc.gov

November 3, 2025

**VIA ECF**
Honorable Seth D. Eichenholtz
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Terrence Wise v. Joseph Ancona et al.
                  23 Civ. 05935 (RPK)(SDE)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of York, and the attorney assigned to defend Defendants Joseph Ancona, Jonathan Ortega, Ahmed Dar, and Kevin Pereira in the above referenced matter. Defendants write to provide a status report in accordance with the Court's Order dated October 3, 2025, and to request a 45 day extension of the current discovery deadline.

      As discussed at the status conference on October 3, 2025, Defendants re-mailed their initial disclosures and first discovery requests to Plaintiff, after several mailing related delays due to facility-specific restrictions on inmate mail which caused to documents to be returned to sender. At the conference, Plaintiff represented that he had received the initial disclosures, but was not yet in receipt of the discovery requests.  The parties conferred on October 31, 2025, and Plaintiff represented that he had received Defendants' discovery requests, but had not yet had an opportunity to respond to the requests, due to facility related delays in getting access to materials that he would like to produce to Defendants.

      The requested time is needed for Plaintiff to respond to Defendants' discovery demand, including executed releases which were also requested.  Thereafter, Defendants intend to take

Plaintiff's deposition. Additionally, settlement discussions and evaluations are ongoing and the requested time will allow Defendants to explore whether settlement would be viable.

In light of the above, Defendants respectfully request a 45-day extension of time for the close of discovery, from November 24, 2025 to January 8, 2026 for the reasons set forth herein.

Defendants thank the Court for its time and consideration.

Respectfully submitted,

/s/ *Christine Colalillo*

Christine Colalillo
Assistant Corporation Counsel
Special Federal Litigation Division

cc:     **By Regular Mail**
Terrence Wise
Reg. 35692-510
c/o Mr. M. Jackson
Correctional Counselor
Federal Bureau of Prisons
Federal Medical Center
P.O. Box 1600, Old Highway 75
Butner, North Carolina 27509